**Order issued January 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01222-CR**

**ANGEL ESPINO PALOMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the July 3, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Angel Espino Palomo, TDCJ No. 1892894, Ferguson Unit, 12120 Savage Drive, Midway, Texas, 75852.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE